UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DAVID SUBIL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO. 2:04-CV-484 JM |
| v. | ) |
| | ) |
| INDIANA STATE POLICE, *et al.* | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

David Subil, a *pro se* prisoner, submitted a motion to stay this case. Mr. Subil knows that this case has been dismissed, but he nevertheless would like the judgment to be stayed pending the conclusion of his federal criminal trial (2:04-CR-029 RL). This motion is meritless. On August 4, 2005, a final judgment was entered in this case when it was dismissed with prejudice pursuant to 28 U.S.C. §1915A because it did not state a claim on which relief could be granted. The time for appealing the judgment in this case has expired and, pursuant to the doctrine of *res judicata*, these claims (without regard to what might transpire during his criminal proceedings) are forever barred. For the foregoing reasons, the motion to stay (docket # 14) is **DENIED AS MOOT**.

                     SO ORDERED.

**ENTER:** November 4, 2005

                     s/James T. Moody
                     JUDGE JAMES T. MOODY
                     UNITED STATES DISTRICT COURT